IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 117-047 |
| | ) | |
| BRIGHAM WESTMORELAND | ) | |

**O R D E R**

The Court appointed Attorney David V. Weber as counsel for Defendant under the Criminal Justice Act. On September 6, 2017, the Court issued an order directing Defendant to pay $200.00 monthly for a period of ten months to the Clerk, U.S. District Court, as partial payment for the compensation and expenses of Mr. Weber. (Doc. no. 84.) By motion, on October 12, 2017, Defendant explained his employer terminated his employment after he notified it of the indictment in this case and requested the Court vacate the $200.00 per month payment requirement as he is no longer able to make the payment. (Doc. no. 103.) Upon consideration, the Court **GRANTS** Defendant's motion and **TERMINATES** Defendant's contribution obligations as set forth in its September 6th Order.

SO ORDERED this 25th day of October, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA