UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR117-047 |
| | ) | |
| BRIGHAM WESTMORELAND | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**David J. Utter** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** David J. Utter be granted leave of absence for the following periods: **July 30, 2018 through August 6, 2018.**

This 1st day of June, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA