FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 OCT 15 PM 1:04
CLERK J. Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CASE NUMBER: 1:17-CR-00047-JRH-BKE |
| | ) |
| BRIGHAM WESTMORELAND, | ) |
| Defendant. | ) |

## ORDER

Based upon the Motion to Seal filed by the Defendant Brigham Westmoreland, and for good cause shown therein, it is hereby ORDERED:

That the Appendix A (redacted SIRF Investigation Report) to Defendant's Sentencing Memorandum, be sealed until further Order of this Court.

SO ORDERED this 15th day of October, 2018.

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE